United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-19-844

EDUARDO VELAZQUEZ AGUILAR

## ORDER

Defendant Eduardo Velazquez Aguilar's Unopposed Motion to Proceed with Rearraignment by Video Conference is GRANTED,

IT IS ORDERED that the sentencing, currently set for Friday, May 22, 2020, at 2:00 p.m., ~~proceed by video conference and~~ *will be conducted by video conference on May 28, 2020, at 2:30 p.m. and* that all parties and persons responsible for the custody of Mr. Velazquez Aguilar do what is necessary to effectuate this Order. *This is conditioned on defendant's compliance with General Order 2020-9.*

Signed May 21, 2020, at Houston, Texas.

_____
United States District Judge